IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 2545 ) ) Master Docket Case No. 1:14-cv-01748 ) ) Honorable Matthew F. Kennelly ) |
| This Document Relates To: *Rowley v. AbbVie Inc.*, Case No. 1:15-cv-02760 | ) ) ) ) |

**DEFENDANT ABBVIE'S MOTION FOR RULING ON BILL OF COSTS (DKT. 93)**

With apologies to the Court for prior miscommunication and confusion, Defendant AbbVie Inc. respectfully requests that the Court rule on Defendant's pending Bill of Costs (Dkt. 93 and 94 with Plaintiff's Response at Dkt. 95 and Defendant's Reply at Dkt. 97). Because Plaintiff Rowley is not eligible to participate in the recent settlement executed by the Plaintiff's Steering Committee and AbbVie, Defendant's Bill of Costs requires final resolution.

Date: December 3, 2018

Respectfully submitted,

*/s/ Andrew J. Rima*
Shayna S. Cook
Andrew J. Rima
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 W. Randolph St., Ste. 400
Chicago, IL 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191
scook@goldmanismail.com
arima@goldmanismail.com
**Counsel for AbbVie Inc. and Abbott Laboratories**

1

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2018, I electronically filed the foregoing document to the Clerk of the United States District Court using the CM/ECF system for filing and service to all parties/counsel registered to received copies in this case.

                                                                */s/ Andrew J. Rima*